UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE WOOD et al.,

    Plaintiffs,

v.

CASE NO. 16-CV-13598
HON. GEORGE CARAM STEEH

SUNDANCE, INC.,

    Defendant.
_____/

### ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW (Doc. 47) and GRANTING DEFENDANT'S MOTION TO DISMISS TRAVIS PIETRYKOWSKI (Doc. 58)

Now before the court is (1) plaintiff Travis Pietrykowski counsel's motion to withdraw based on a breakdown in the attorney-client relationship, and (2) defendant Sundance, Inc.'s motion to dismiss Pietrykowski for failure to prosecute based on his failure to respond to discovery requests which are two-months overdue. A hearing was held on November 2, 2017. Counsel for all parties appeared by telephone. Pietrykowski did not appear. For the reasons stated on the record, plaintiff counsel's motion to withdraw (Doc. 47) is GRANTED and defendant's motion to dismiss Pietrykowski (Doc. 58) is GRANTED WITHOUT PREJUDICE. In the absence of a response by Pietrykowski to defendant's

motion to dismiss on or before December 4, 2017, the dismissal of Pietrykowski shall become final and WITH PREJUDICE at that time.

IT IS FURTHER ORDERED that the parties appear for a scheduling conference on December 11, 2017 at 1:30 p.m. The parties are to submit their joint proposed discovery plan pursuant to Federal Rule of Civil Procedure 26(f) on or before December 4, 2017.

**IT IS SO ORDERED.**

Dated: November 2, 2017

> s/George Caram Steeh
> GEORGE CARAM STEEH
> UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 2, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk