UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE WOOD, ET AL.,

    Plaintiffs,                    No. 16-13598

v.                                District Judge George Caram Steeh
                                    Magistrate Judge R. Steven Whalen

SUNDANCE, INC.,

    Defendant.
_____/

## ORDER

Defendant's Agreed Motion to Stay Enforcement of Order [Doc. #77] is GRANTED.

The Court's October 23, 2018 order [Doc. #76] is STAYED until December 4, 2018. During the stay, counsel for the parties will discuss and agree upon a protocol for pre-mediation ESI production. and will submit to the Court a written status report regarding proposed pre-mediation ESI by December 4, 2018. The report will include proposed language for a subsequent order addressing modification of the Court's October 23 order pending mediation.

IT IS SO ORDERED.

                                      s/R. Steven Whalen
                                      R. STEVEN WHALEN
                                      UNITED STATES MAGISTRATE JUDGE

Dated: November 26, 2018

# CERTIFICATE OF SERVICE

      I hereby certify on November 26, 2018, I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on November 26, 2018.

                                        s/Carolyn Ciesla
                                        Case Manager to
                                        Magistrate Judge R. Steven Whalen